[Nos. 12944–9–I; 13005–6–I.   Division One.   July 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND OWEN WOLKEN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. CHERI ROXANNE CHAVEZ, *Appellant.*

Appeals from judgments of the Superior Court for King County, No. 82–1–02558–1, H. Joseph Coleman, J., entered January 25 and March 9, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., Ringold, J., concurring in the result.

[No. 13521–0–I.   Division One.   July 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN HARRY MUNS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00848–1, Francis E. Holman, J., entered July 15, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Andersen and Scholfield, JJ.

[No. 13531–7–I.   Division One.   July 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RIKKI ALAN JOLLEY, ET AL, *Defendants,* DONALD HENRY METZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00141–5, Jack S. Kurtz, J., entered July 8, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Durham, C.J., and Andersen, J.